IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:15-cv-354

| | |
|---|---|
| LM RESTAURANTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) FINANCIAL DISCLOSURES |
| ALE YEAH!, INC., ALE YEAH! ROSWELL, | ) |
| INC., FILL 'ER UP, LLC, FRANCISCO | ) |
| VILA AND EDDIE HOLLEY, | ) |
| | ) |
| Defendants. | ) |

Plaintiff LM Restaurants, Inc. ("LMR") pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3 makes the following disclosures:

1. LMR is not a publicly held corporation or other publicly held entity.

2. LMR does not have a parent company.

3. There is not any other publicly held corporation or other publicly held entity with a direct financial interest in the outcome of this litigation.

4. LMR is not a trade association.

5. This action did not arise out of a bankruptcy proceeding.

Respectfully submitted, this the 5th day of August, 2015.

**Coats & Bennett, PLLC
Attorneys for**

By: */s/ Anthony J. Biller*
Anthony J. Biller
NC State Bar No. 24,117
Emily M. Haas
NC State Bar No. 39,716
1400 Crescent Green, Suite 300
Cary, North Carolina 27518
Telephone: (919) 854-1844
Facsimile: (919) 854-2084
Email: abiller@coatsandbennett.com
ehaas@coatsandbennett.com