

[https://www.carolinaalehouse.com/restaurant/loc/charlotte/state/nc](https://www.carolinaalehouse.com/restaurant/loc/charlotte/state/nc)  October 9, 2015