EXHIBIT I



https://www.carolinaalehouse.com/restaurant/loc/concord/state/nc            October 9, 2015