IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:15-cv-354-MOC-DSC

| | |
|---|---|
| LM RESTAURANTS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ALE YEAH!, INC., ALE YEAH! ROSWELL, INC., FILL 'ER UP, LLC, FRANCISCO VILA AND EDDIE HOLLEY, | ) ) ) ) ) |
| Defendants. | ) ) |

ORDER GRANTING JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS

The Court hereby GRANTS the parties' Joint Motion for a stay of proceedings through May 4, 2016. No later than May 4, 2016, the parties shall file a dismissal or provide the Court with a report on their progress in completing the terms of settlement.

**SO ORDERED**.

Signed: April 5, 2016

_____
David S. Cayer
United States Magistrate Judge