UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00354-MOC-DSC

| | |
|---|---|
| LM RESTAURANTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ALE YEAH!, INC. ) | |
| FRANCISCO VILA ) | |
| ALE YEAH! ROSWELL, INC. ) | |
| EDDIE HOLLEY ) | |
| FILL 'ER UP, LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Judgment on Settlement. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Judgment on Settlement (#45) be calendared for hearing during the court's next available civil motions day in the Charlotte Division.

In preparing for the hearing, the parties are advised to consider this court's decision underlying the affirmance in Campbell v. Adkisson, Sherbert & Associates, 546 Fed. Appx. 146, 148 (4th Cir. 2013), which addressed a similar issue.

Signed: June 30, 2016



Max O. Cogburn Jr.
United States District Judge