# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No: 3:15-cv-354 -MOC-DSC

| | |
|---|---|
| LM RESTAURANTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ALE YEAH!, INC., ALE YEAH! ROSWELL, ) | |
| INC., FILL 'ER UP, LLC, FRANCISCO ) | |
| VILA AND EDDIE HOLLEY, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE** the Court on Plaintiff's Motion to Compel (document #81) responses to interrogatories and requests for production from Defendant Fill 'Er Up, LLC ("Fill 'Er Up"), and to deem admitted Request for Admission Nos. 1-9 to Defendant Fill 'Er Up.

On August 30, 2016, the Clerk entered default against Defendant Fill 'Er Up. (document #72).

Defendant Fill 'Er Up has not responded to Plaintiff's Motion, and the time for filing a response has expired.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. Within thirty (30) days of this Order Defendant Fill 'Er Up shall respond fully without objection to Interrogatory Nos. 1-7 and produce all documents responsive to Request for Production of Document Nos. 1-25

2. Plaintiff's Request for Admission Nos. 1-9 to Defendant Fill 'Er Up are deemed admitted.

3. The Clerk shall send copies of this Order to Defendant Fill 'Er Up, the remaining parties' counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: February 9, 2017

David S. Cayer
United States Magistrate Judge