# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00354-MOC-DSC

| | |
|---|---|
| LM RESTAURANTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ALE YEAH!, INC., ALE YEAH! ) | |
| ROSWELL, INC., FILL 'ER UP, LLC, ) | |
| FRANCISCO VILA AND EDDIE ) | |
| HOLLEY, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Compel" (document # 95) filed March 12, 2017, and the parties' briefs and submissions (see documents ## 96, 99-100).

Plaintiff seeks an order compelling Defendants to (1) identify which documents were produced by which Defendant; and (2) identify which documents respond to which document requests. For the reasons stated in Plaintiff's briefs, the Court grants its Motion. Defendants shall identify which documents were produced by which Defendant and identify, by Bates number, which documents are responsive to which requests.

**THEREFORE IT IS ORDERED** that:

1. Plaintiff's "Motion to Compel" (document # 95) is **GRANTED**. Within thirty days of this Order, Defendants shall identify which documents were produced by which Defendant and identify, by Bates number, which documents are responsive to which requests.

2. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: May 15, 2017

David S. Cayer
United States Magistrate Judge